IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RAMAN K. SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09-CV-386-HEH |
| | ) |
| GARY HAAS, | ) |
| | ) |
| Defendant. | ) |

## ORDER
(Adopting the Report and Recommendation of the United States Magistrate Judge)

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B), filed by the Honorable M. Hannah Lauck, United States Magistrate Judge, on March 30, 2010. Having reviewed the R&R and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the R&R. In accordance with the R&R, the Defendant's Motion to Dismiss is DENIED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Apr. 14, 2010
Richmond, VA