IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAMAN K. SINGH,           )
                          )
        Plaintiff,        )
                          )
v.                        )   Civil Action No. 3:09-CV-386-HEH
                          )
GARY HAAS,                )
                          )
        Defendant.        )

## ORDER
(Adopting the Report and Recommendation of the United States Magistrate Judge)

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B), filed by the Honorable M. Hannah Lauck, United States Magistrate Judge, on April 28, 2010.

Having reviewed the R&R and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the R&R. In accordance with the R&R, the Plaintiff's Motion for Default Judgment (Dk. No. 10) is DENIED as to Counts Two and Four of the Complaint and GRANTED as to Counts One and Three of the Complaint. Counsel for Plaintiff is directed to contact the Court's chambers to schedule a hearing on damages.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: May 13 2010
Richmond, VA